**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|                  Plaintiff, | ) | Case No. 2:17-cr-00181-APG-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NU NU SWETZ, | ) | |
| | ) | |
|                  Defendant. | ) | |
| _____ | ) | |

      Presently before the court is Defendant Nu Nu Swetz's designation of retained counsel (ECF No. 20), filed on August 9, 2017. The court construes this filing as a substitution of attorney and will allow Liborius I. Agwara to appear on behalf of Defendant in place of the Office of the Federal Public Defender.

      IT IS SO ORDERED.

      IT IS FURTHER ORDERED that the Office of the Federal Public Defender must forward its file to Mr. Agwara.


      DATED: August 16, 2017

                                   _____
                                   **C.W. Hoffman, Jr.**
                                   **United States Magistrate Judge**