# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>NU NU SWETZ,<br><br>Defendant | Case No.: 2:17-cr-0181-APG-CWH<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO DISMISS**<br><br>[ECF Nos. 48, 52, 63] |

Defendant Nu Nu Swetz moved to dismiss the indictment. ECF Nos. 48, 52. On January 2, 2019 Magistrate Judge Hoffman entered his Report and Recommendation recommending that the motion to dismiss be denied in part. ECF No. 63. Specifically, Judge Hoffman recommended that counts three, four, and five be dismissed with prejudice but counts one, two, and six should proceed. Ms. Swetz filed an objection to the Report and Recommendation. ECF No. 67. I have conducted a de novo review of the issues set forth in the Report and Recommendation as required by Local Rule IB 3-2. Judge Hoffman's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision. I therefore accept it and adopt it as my own.

IT IS HEREBY ORDERED that Magistrate Judge Hoffman's Report and Recommendation **(ECF No. 63) is accepted** and approved in its entirety. Defendant Nu Nu Swetz's motion to dismiss **(ECF Nos. 48, 52) is DENIED.**

Dated: February 11, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE