CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number: 14853
KIMBERLY FRAYN
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:17-cr-00181-APG-DJA |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| NU NU SWETZ ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Modification Request for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Emily McKillip</u>, United States Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

Dated this 16th day of July 2021.

                                                                         CHRISTOPHER CHIOU
                                                                         Acting United States Attorney

                                                                         By   /S/                           .
                                                                             KIMBERLY FRAYN
                                                                             Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
# for the
# DISTRICT OF NEVADA

U.S.A. vs. NU NU SWETZ                                 Docket No.  2:17-cr-00181-APG-DJA

Petition for Action on Conditions of Pretrial Release

COMES NOW EMILY MCKILLIP, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the defendant, Nu Nu Swetz, who was ordered released by U.S. Magistrate Judge Cam Ferenbach on June 22, 2017, on a personal recognizance bond, with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer by June 12, 2017.
3. The defendant shall not obtain a passport or passport card.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Continental U.S.A.
5. The defendant may travel on pre-booked cruise to Alaska, may include stops in Canada.

**Respectfully presenting petition for action of Court and for cause as follows:**

The defendant has successfully complied with all terms and conditions of pretrial services supervision and continues to report as directed.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED TO REMOVE THE CONDITION THAT SHE SUBMIT TO PRETRIAL SERVICES SUPERVISION. ALL OTHER CONDITIONS WILL REMAIN IN EFFECT.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 16th day of July, 2021 and ordered filed and made a part of the records in the above case. | Executed on this 16th day of July, 2021. |
| | Respectfully Submitted, |
| _____ | _____ |
| Honorable Cam Ferenbach<br>U.S. Magistrate Judge | Emily McKillip SPO<br>U.S. Pretrial Services Officer<br>Place: <u>Las Vegas, Nevada</u> |