# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NU NU SWETZ,<br><br>        Defendant. | Case No. 2:17-cr-181-APG-DJA<br><br>**Order Granting the Motion to Dismiss the Indictment for Defendant Swetz** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Swetz.

                                                CHRISTOPHER CHIOU
                                                Acting United States Attorney
                                                District of Nevada

                                                */s/ Kimberly M. Frayn*
                                                KIMBERLY M. FRAYN
                                                JIM FANG
                                                Assistant United States Attorneys

Leave of Court is granted for the filing of the above dismissal.

DATED this __5th__ day of __August__, 2021.

                                                _____
                                                HONORABLE ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE