ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
adows@crdslaw.com
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
Attorney for Defendant Nu Nu Swetz

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:17-cr-00181-APG-CWH |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER TO RELEASE PASSPORT OF NU NU SWETZ** |
| NU NU SWETZ, | ) |
| a/k/a MA NU NU WAR, | ) |
| a/k/a NADI LIN, | ) |
| | ) |
| Defendant. | ) |

Based upon the Motion of Defendant NU NU SWETZ, and good cause appearing, the Court hereby ORDERS as follows:

The passport of NU NU SWETZ shall be released to NU NU SWETZ through her counsel, Angela H. Dows, Esq., at Cory Reade Dows & Shafer, 1333 N. Buffalo Drive, Suite 210, Las Vegas, Nevada 89128.

IT IS SO ORDERED.

Dated: September __9__, 2021.          _____
                                       HONORABLE ANDREW P. GORDON
                                       UNITED STATES DISTRICT JUDGE